BOBBIE ACOFF-RICHARDS
18 PIERCE STREET
NEW ROCHELLE, NEW YORK 10801

June 30, 2010

TO: U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RE:

Chapter 13 Bankruptcy
CASE NO.10-22921(rdd)
BOBBIE ACOFF-RICHARDS

---

Please accept this letter as a request to dismiss my Chapter 13 Bankruptcy Case # 10-22921.

I am unable at present to fulfill the financial requirements that would be necessary to complete my obligations under a proposed Chapter 13 Plan.

Respectfully submitted,

*Bobbie Acoff Richards*
Bobbie Acoff-Richards
a/k/a Bobbie A. Richards