**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

IN RE: Bobbie Acoff−Richards  CASE NO.: 10−22921−rdd
 aka   Bobbie A. Richards

Social Security/Taxpayer ID/Employer ID/Other Nos.:  CHAPTER:   13
xxx−xx−2523

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 13 case.

Bobbie Acoff−Richards was dismissed from the case on July 1, 2010 .

Dated: July 1, 2010  Vito Genna
 Clerk of the Court

# CERTIFICATE OF NOTICE

```
District/off: 0208-7          User: loshea              Page 1 of 1              Date Rcvd: Jul 01, 2010
Case: 10-22921                Form ID: 131              Total Noticed: 19
```

The following entities were noticed by first class mail on Jul 03, 2010.
```
db          +Bobbie Acoff-Richards,   18 Pierce Street,   New Rochelle, NY 10801-2025
smg          N.Y. State Dept. Of Taxation And Finance,   Bankruptcy/Special Procedures Section,
              P.O. Box 5300,   Albany, NY  12205-0300
smg         +N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY 12201-0551
smg          New York City Department of Finance,   Attn: Bankruptcy & Assignment Unit,
              345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY 11201-3719
smg          New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
              Albany, NY  12205-0300
smg         +Office of the Sheriff,   111 Grove Street,   White Plains, NY 10601-2509
smg         +Parking Violations Bureau,   210 Joralemon Avenue,   Brooklyn, NY 11201-3743
smg          United States Attorney,   One St. Andrew's Plaza,   Claims Unit - Room 417,
              New York, NY  10007-1701
smg         +Westchester County Dept. Of Public Safety,   CIVIL BUREAU,   110 Grove Street, Room L217,
              White Plains, NY 10601-2519
ust         +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
5181197     +Bank of New York as Trustee for the,   Certificateholders of CWALT, Inc.,   c/o Lisa Gordon, Esq.,
              Eschen, Frenkel & Weisman, LLP,   20 West Main Street,   Bay Shore, NY 11706-8326
5217210     +Jefferson Capital Systems LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
5195195      NEW YORK STATE DEPT OF TAX & FINANCE,   BANKRUPTCY SECTION,   PO BOX 5300,
              ALBANY, NY 12205-0300
5218239     +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Home Depot,
              PO Box 12914,   Norfolk VA 23541-0914
```

The following entities were noticed by electronic transmission on Jul 01, 2010.
```
5209120      EDI: CAPITALONE.COM Jul 01 2010 16:03:00      Capital One Bank (USA), N.A.,
              by American Infosource Lp As Agent,   PO Box 71083,   Charlotte, NC  28272-1083
5215211     +E-mail/Text: MTAYLOR@CEDARCRESTCAPITAL.COM                            Cedarcrest Fund LP,
              PO Box 830669,   Arsenal Station,   San Antonio, TX 78283-0669
5181198     +EDI: CHASE.COM Jul 01 2010 16:03:00      JP Morgan Chase,   1111 Polaris Parkway,
              Columbus, OH 43240-2050
5208728     +E-mail/Text: ebn@vativrecovery.com                            Palisades Collections, LLC,
              Vativ Recovery Solutions LLC,   As Agent For Palisades Collections, LLC,   PO Box 19249,
              Sugar Land TX 77496-9249
5219104      EDI: RECOVERYCORP.COM Jul 01 2010 16:08:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2010**                          **Signature:**     _Joseph Speetjens_